THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00159-MR-DLH

| | |
|---|---|
| TENEYA DAWN McCOY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>CAROLYN W. COLVIN, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | **JUDGMENT** |

For the reasons stated in the Order entered contemporaneously herewith,

**IT IS, THEREFORE, ORDERED** that the Magistrate Judge's Memorandum and Recommendation is **ACCEPTED**; the Plaintiff's Motion for Summary Judgment is **DENIED**; the Defendant's Motion for Summary Judgment is **GRANTED**; and the decision of the Commissioner is **AFFIRMED**. This case is hereby **DISMISSED WITH PREJUDICE**.

Signed: January 17, 2014

Martin Reidinger
United States District Judge